DocuSign Envelope ID: A9C6C4D5-402E-4190-8A0F-C9FADB8EF872



| | |
|---|---|
| JAMES G. ONDER* | GERARD L. GUERRA* |
| W. WYLIE BLAIR* | EVAN C. MURPHY✦ |
| MATTHEW P. O'GRADY* | CATHLEEN R. DEWITT |
| MARTIN L. DAESCH* | WILLIAM L. BARTON |
| JESSE B. ROCHMAN* | DEREK P. SIECK |
| STEPHANIE L. RADOS* | * also licensed in Illinois |
| MARK E. BERNS | ✦ also licensed in Colorado |

## PROFESSIONAL EMPLOYMENT AGREEMENT

**I.   Purpose of Representation:**   The undersigned hereby agree(s) to employ ONDER LAW, LLC as attorneys-at-law to represent the undersigned in all claims for damages arising out of the use of Roundup. The undersigned agrees that said attorneys are granted the right to associate with other law firms in the prosecution of the claim, if they feel that such is in the client(s) best interests.

**II.   Scope of Representation:**   It is understood that if said attorneys agree to pursue this claim, they shall only pursue claims against the manufacturers and promoters of Roundup, and shall not pursue claims against any other person or entity, including but not limited to physicians, hospitals, clinics, or pharmacies.

**III.   Attorney's Fee:**   In consideration for services rendered, it is agreed that the undersigned will pay to said attorneys a sum equal to 40% of any amount recovered, whether by compromise before suit is filed, or compromise or judgment after suit is filed. It is agreed that the undersigned will owe no fees to said attorneys if nothing is received or recovered on behalf of the undersigned.

**IV.   Expenses:**   After deduction of said attorney's fees from any recovery, it is agreed that the undersigned will reimburse said attorneys for any court costs, medical records retrieval costs, cost of carry, and other expenses incurred or advanced by said attorneys in handling such claims on behalf of the undersigned. It is agreed that the undersigned will owe no expenses to said attorneys if nothing is received or recovered on behalf of the undersigned.

SIGNED AND AGREED on this 24 day of January 20 18 .

**AGREED and APPROVED:**

Client's Printed Name: Dorothy Jenkins

Client's Signature: Dorothy Jenkins

Client's SSN: _____

Client's DOB: 02/23/1957

EXHIBIT "A"

110 E. LOCKWOOD ST. LOUIS, MO 63119  •  OFFICE (314) 963-9000  •  TOLL FREE (800) 799-2824  •  FACSIMILE (314) 963-1700