IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                CHAPTER 7

DOROTHY ELAINE JENKINS                         CASE NO. 25-00638-JAW

### AFFIDAVIT

1.      I am Mark E. Berns, Attorney at Law with Onder Law, duly licensed to practice in the State of Missouri.

2.      I maintain an office located at 110 E. Lockwood Ave., St. Louis, MO 63119; phone number of (314) 963-9000; email address of berns@onderlaw.com.

3.      To the best of my knowledge, I do not represent any interest adverse to the debtor or her Estate, except that I may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or their affairs.

4.      Other than previous representation of the debtor, I have no connection with the debtor, creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

5.      I acknowledge that my firm will receive forty percent (40%) of the total recovery, plus reimbursement of costs and expenses, as approved by the Court, no matter what percentage of the services the firm provides.

_____
MARK E. BERNS

SWORN TO AND SUBSCRIBED BEFORE ME, this the __8th__ day of __April__, 2025.

_____
NOTARY PUBLIC

THEOTRIC W. JACKSON JR.
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 22585929
My Commission Expires 02-24-2026

EXHIBIT "B"