

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                   CHAPTER 7

DOROTHY ELAINE JENKINS                          CASE NO. 25-00638-JAW

## ORDER APPROVING APPLICATION TO EMPLOY
## ATTORNEY FOR SPECIAL PURPOSE

**THIS CAUSE** having come on for consideration of the Application to Employ *Mark E. Berns* and the law firm of *Onder Law* as Special Counsel [Dkt. #__18__] for **J. Stephen Smith**, Trustee, for the pursuit of a claim resulting in a personal, physical injury. That said attorney is to receive compensation of an undivided contingent interest in same claim as forty percent (40%) of any recovery, plus expenses incurred. However, the total sum of attorneys' fees and expenses shall not exceed fifty percent (50%) of the total amount of the settlement and that any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court Orders. The delineation of attorneys' fees and expenses will be disclosed in the Application for approval of attorney's fees and expenses. That *Onder Law* will adhere to the provisions of 11 U.S.C. §504, regarding their compensation.

**IT IS, THEREFORE, ORDERED** that the employment of *Mark E. Berns* and the law firm of *Onder Law* as special counsel for the trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that applicants shall be entitled to receive compensation only

after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of any previous orders allowing compensation and the amounts so allowed.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
Ph:  (601) 969-3006
eshaffer@eshafferlaw.com