United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00638-JAW
Dorothy Elaine Jenkins Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Apr 09, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy Elaine Jenkins, 1110 Old Whitfield Road, Pearl, MS 39208-9691 |
| sp | + | Mark E. Berns, Esq., Onder Law, 110 E. Lockwood Avenue, St. Louis, MO 63119-3058 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Natalie Kareda Brown | on behalf of Creditor LOANDEPOT.COM LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dorothy Elaine Jenkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Apr 09, 2025 Form ID: pdf012 Total Noticed: 2
TOTAL: 5

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              CHAPTER 7

DOROTHY ELAINE JENKINS                       CASE NO. 25-00638-JAW

## ORDER APPROVING APPLICATION TO EMPLOY
## ATTORNEY FOR SPECIAL PURPOSE

**THIS CAUSE** having come on for consideration of the Application to Employ *Mark E. Berns* and the law firm of *Onder Law* as Special Counsel [Dkt. #__18__] for **J. Stephen Smith**, Trustee, for the pursuit of a claim resulting in a personal, physical injury. That said attorney is to receive compensation of an undivided contingent interest in same claim as forty percent (40%) of any recovery, plus expenses incurred. However, the total sum of attorneys' fees and expenses shall not exceed fifty percent (50%) of the total amount of the settlement and that any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court Orders. The delineation of attorneys' fees and expenses will be disclosed in the Application for approval of attorney's fees and expenses. That *Onder Law* will adhere to the provisions of 11 U.S.C. §504, regarding their compensation.

**IT IS, THEREFORE, ORDERED** that the employment of *Mark E. Berns* and the law firm of *Onder Law* as special counsel for the trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that applicants shall be entitled to receive compensation only

after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

      **IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of any previous orders allowing compensation and the amounts so allowed.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
Ph:  (601) 969-3006
eshaffer@eshafferlaw.com