UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION, GULFPORT DIVISION

IN RE:                                                                 CHAPTER 7

JENKINS, DOROTHY ELAINE                         CASE NO. 25-00638-JAW

**TRUSTEE'S NOTICE OF CHANGE OF STATUS**

COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

Dated: ~~April 4, 2025~~
April 23, 2025

Respectfully submitted,

Stephen Smith, Trustee