United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00638-JAW
Dorothy Elaine Jenkins Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Apr 25, 2025     Form ID: n023     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy Elaine Jenkins, 1110 Old Whitfield Road, Pearl, MS 39208-9691 |
| aty | + | Eileen N. Shaffer, Esq., Post Office Box 1177, Jackson, MS 39215-1177 |
| sp | + | Mark E. Berns, Esq., Onder Law, 110 E. Lockwood Avenue, St. Louis, MO 63119-3058 |
| 5483654 | + | Crystal Larkins, 114 Lake Trail Dr, Pearl, MS 39208-6749 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5483650 | + | Email/Text: bk@avant.com | Apr 25 2025 19:25:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5483651 | + | EDI: CAPITALONE.COM | Apr 25 2025 23:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5483652 | + | EDI: CITICORP | Apr 25 2025 23:24:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5483653 | + | Email/Text: bankruptcy@connexuscu.org | Apr 25 2025 19:25:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 5483655 | + | EDI: PHINGENESIS | Apr 25 2025 23:24:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5483657 | + | Email/Text: ebone.woods@usdoj.gov | Apr 25 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5483656 | | EDI: IRS.COM | Apr 25 2025 23:24:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5483658 | + | EDI: CAPITALONE.COM | Apr 25 2025 23:24:00 | Kohl's, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5483660 | + | Email/Text: bknotification@loandepot.com | Apr 25 2025 19:25:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5483661 | + | Email/Text: bankruptcy@magfedcu.org | Apr 25 2025 19:25:00 | Magnolia FCU, Attn: Bankruptcy, 240 Briarwood Drive, Jackson, MS 39206-3027 |
| 5483662 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 25 2025 19:25:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5485977 | + | Email/Text: BKNC@rlselaw.com | Apr 25 2025 19:25:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, For loanDepot.com, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5483663 | + | EDI: AGFINANCE.COM | Apr 25 2025 23:24:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: n023 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5483665 | | Email/Text: bankruptcy@self.inc | Apr 25 2025 19:25:00 | Self Financial Inc., Attn: Bankruptcy, 515 Congress Ave #2200, Austin, TX 78701 |
| 5483664 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2025 19:25:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5483666 | + | Email/Text: bankruptcy@self.inc | Apr 25 2025 19:25:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 5483669 | + | EDI: SYNC | Apr 25 2025 23:24:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5483667 | + | EDI: SYNC | Apr 25 2025 23:24:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5483668 | + | EDI: SYNC | Apr 25 2025 23:24:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5483670 | | Email/Text: bknotice@upgrade.com | Apr 25 2025 19:25:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St 23rd Fl, San Francisco, CA 94111 |
| 5483671 | ^ | MEBN | Apr 25 2025 19:19:39 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 5483659 | ##+ | Leisure Time Resorts, Attn: Bankruptcy, Po Box 26, Gautier, MS 39553-0026 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Natalie Kareda Brown | on behalf of Creditor LOANDEPOT.COM  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 25, 2025 | Form ID: n023 | Total Noticed: 25 |

on behalf of Debtor Dorothy Elaine Jenkins trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No.: 25−00638−JAW |
| Dorothy Elaine Jenkins<br>1110 Old Whitfield Road<br>Pearl, MS 39208 | Chapter 7 |

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
xxx−xx−3395

*\*Debtor*

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 24, 2025**.

   Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

   A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

   There is no fee for filing a claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Date: 4/25/25                                   Danny L. Miller, Clerk of Court

---

*\*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

Form n023 Rev. 12/15 (B2040)