**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **DOROTHY ELAINE JENKINS,**                         **CASE NO. 25-00638-JAW**

    **DEBTOR.**                                              **CHAPTER 7**

## MEMORANDUM

TO:          Stephen Smith, Trustee

FROM:      Katie Wise

DATE:      July 2, 2026

RE:          Dorothy Elaine Jenkins
                 25-00638-JAW

There has been no activity in the above-referenced bankruptcy case since July 10, 2025 Please provide a case status by completing the bottom portion of this notice.

    Your immediate attention is appreciated.

## REPLY:

☐ Class action/lawsuit still pending.
    I will provide a status report:  ☐ 6 months  ☐ 12 months.

☐ No assets have been recovered.  I will file a Trustee Report of No Distribution.

☐ I expect to file a Final Report and Account by: _____.

☐ Other (brief description) _____

**Dated:** _____     **Signed by:** _____