**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

DOROTHY ELAINE JENKINS CASE NO. 25-00638-JAW

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7**
**FILED ON BEHALF OF LOANDEPOT.COM, LLC**

**COMES NOW**, **Stephen Smith**, in his capacity as Trustee, (hereinafter referred to as "Trustee"), by and through his attorney, and files this his Objection to Proof of Claim No. 7 in this bankruptcy proceeding, and would show unto the Court the following, to-wit:

1. That on March 10, 2025, Dorothy Elaine Jenkins ("Debtor") filed a Chapter 7 bankruptcy proceeding.

2. That the Trustee objects to Proof of Claim No. 7 filed on behalf of loanDepot.com, LLC ("loanDepot") in the secured amount of $121,994.56. This indebtedness is secured by real property located at 1110 Old Whitfield Road, Pearl, Mississippi 39208.

3. That a Reaffirmation Agreement [Dkt. #28] was entered into on May 7, 2025.

4. This claim should be **disallowed** as the collateral securing said indebtedness has been abandoned in full satisfaction of the claim.

**WHEREFORE, PREMISES CONSIDERED**, Stephen Smith, Trustee respectfully requests that this Court enter an order that Proof of Claim No. 7 filed on behalf of loanDepot.com, LLC should be **disallowed**, and for such other relief as is deemed just.

Respectfully submitted,

CHAPTER 7 TRUSTEE
STEPHEN SMITH

BY: ______________________
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have mailed by United States Mail, postage prepaid, or electronically transmitted by CM/ECF Noticing, a true and correct copy of the above and foregoing TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7 to the following, on the day and year hereinafter set forth:

loanDepot.com, LLC
Attn: Bankruptcy
5465 Legacy Dr., Suite 400
Plano, TX 75024

Natalie Brown, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
nbrown@rlselaw.com

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 15th day of October, 2026.

EILEEN N. SHAFFER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

DOROTHY ELAINE JENKINS CASE NO. 25-00638-JAW

**NOTICE OF OBJECTION TO CLAIM**

**You are hereby notified** that an Objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached Objection to claim must be filed with:

Danny L. Miller
Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Post Office Box 2448
Jackson, Mississippi 39225-2448

and a copy served on the undersigned attorney for trustee and Debtor's attorney on or before thirty (30) days from the date of this Notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

Dated: 10/13/2026

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have delivered via United States Mail, postage prepaid, or electronically transmitted by CM/ECF Noticing, a true and correct copy of the above and foregoing **NOTICE OF OBJECTION TO CLAIM** to the following, on the day and year hereinafter set forth:

loanDepot.com, LLC
Attn: Bankruptcy
5465 Legacy Dr., Suite 400
Plano, TX 75024

Natalie Brown, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
nbrown@rlselaw.com

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 1st day of October, 2026.

EILEEN N. SHAFFER