**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

DOROTHY ELAINE JENKINS CASE NO. 25-00638-JAW

**ORDER REGARDING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7 FILED ON BEHALF OF LOANDEPOT.COM, LLC**

**THIS MATTER** came on for the Court's consideration on the Trustee's Objection to Proof of Claim No. 7 [Dkt. # ____] filed on behalf of Stephen Smith, Trustee. The Court, after no responses having been filed, and being fully advised in the premises, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that Proof of Claim No. 7, filed on behalf of loanDepot.com, LLC, is hereby **disallowed.**

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com