**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 25-00638-JAW** |
| | : | **CHAPTER: 7** |
| | : | |
| **DOROTHY ELAINE JENKINS,** | : | |
| | : | |
| **Debtor.** | : | |
| **STEPHEN SMITH,** | : | |
| | : | |
| **Movant,** | : | **CONTESTED MATTER** |
| | : | |
| **vs.** | : | |
| | : | |
| **LOANDEPOT.COM, LLC,** | : | |
| | : | |
| **Respondent.** | : | |

**RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7 FILED ON BEHALF OF LOANDEPOT.COM, LLC**

COMES NOW loanDepot.com, LLC, for itself, its successors and/or assigns ("Respondent"), and shows this Honorable Court that, for the reasons set out below, the Court should inquire into the Trustee's Objection to Proof of Claim No. 7 filed on behalf of LoanDepot.com, LLC (“Objection”):

1.

Respondent is a secured creditor of the Debtor’s regarding real property located at 1110 Old Whitfield Road, Pearl, MS 39208 (the “Property”). Respondent filed Proof of Claim #7 in the amount of $121,994.56 representing the total remaining amount owed on its mortgage loan as of the filing of the instant case.

2.

The Trustee objected to the claim on October 15, 2026 [Doc. No. 33] stating the claim should be disallowed because the collateral securing said indebtedness has been abandoned in full satisfaction of the claim. Respondent respectfully states it does not see where the Property has been abandoned by the Trustee and requests that it is abandoned by the Trustee so Respondent may service and monitor the

mortgage loan out of the bankruptcy status.

WHEREFORE, Respondent, for itself, its successors and/or assigns, prays that this Court inquire as to the matters raised herein Trustee's Objection to Proof of Claim No. 7 filed on behalf of LoanDepot.com, LLC and enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 11/12/26

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Respondent

CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Response to Trustee's Objection to Proof of Claim No. 7 filed on behalf of LoanDepot.com, LLC to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Dorothy Elaine Jenkins
1110 Old Whitfield Road
Pearl, MS 39208

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Stephen Smith
1052 Highland Colony Pkwy
Suite 100
Ridgeland, MS 39157

Eileen N. Shaffer
PO Box 1177
Jackson, MS 39215

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Dated: **11/12/26**

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor