MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Dorothy Elaine Jenkins

Debtor(s)

Case No.: 25-00638-JAW

Chapter: 7

# Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, loanDepot.com, LLC, a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1 (c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

loanDepot, LLC is a limited liability company that is a subsidiary of LD Holdings Group LLC. LD Holding Group LLC is a subsidiary of loanDepot. Inc. a publicly held corporation which indirectly owns 10% or more of loanDepot.com LLC's stock.

**OR**

- [ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/12/26

/s/ Natalie Brown
Attorney Signature

Natalie Brown
Attorney Name

100802
State Bar Number

3145 Avalon Ridge Place, Suite 100
Address

Peachtree Corners, GA 30071
City, State, and Zip Code

(877) 813-0992
Telephone Number

nbrown@rlselaw.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**